IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| Joseph P. Magarity, Sr., | Case No. 16-16673 (AMC) |
| Debtor. | |

## ORDER EXTENDING TIME TO FILE SCHEDULES

Upon consideration of the second application (the "Application") of Debtor Joseph P. Magarity, Sr. ("Debtor") for an extension of time to file the Attorney Disclosure Statement, Chapter 13 Plan, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1, Schedules AB−J, Statement of Financial Affairs, Summary of Assets and Liabilities Form B106 and Means Test Calculation 122C−2 (collectively, the "Schedules"), IT IS HEREBY

ORDERED, that the Application is GRANTED; it is further

ORDERED, that the Debtor shall be GRANTED a fourteen (14) day extension of time from October 19, 2016, until October 26, 2016, to file his Schedules.

**Date: October 24, 2016**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge