```
                UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

November 14, 2016

To: **Joshua Goldman, Esq.**

```
                        In re: Joseph P. McGarity
                        Bankruptcy No. 16-16673AMC
                        Adversary No.
                        Chapter 13
```

Re **Motion for Relief**

The above pleading was filed in this office on **November 10, 2016.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
    ()   Affidavit
    ()   Certificate of Service
    ()   Certification of no response
    ()   Notice pursuant to Rule 9019
    ()   Notice pursuant to Rule 2002
    ()   Notice pursuant to Rule 3007.1
    ()   Proof of Claim number not noted on
            objection pursuant to Rule 3007.1(a)
    ()   Proposed Order
    ()   Stipulation
    ()   Certification of Default
    ()   $30.00 Filing Fee for Amendments
    ()   $25.00 Claims Transfer Fee
    (x)  Other: Notice of Motion
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

```
                        Timothy B. McGrath
                        Clerk


                        By: Paul  A.  Puskar
                            Deputy Clerk
```

status.frm
(rev. 2/04/14)