## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph P. Magarity<br>　　　　　Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>　　　　　Movant<br>vs.<br>Joseph P. Magarity<br>　　　　　Debtor | NO. 16-16673 AMC |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the JM1GJ1W65E1133707 2014 Mazda 6 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this ____ day of Dec, 2016.

_____
United States Bankruptcy Judge.

cc: See attached service list