# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 16-16673-AMC

JOSEPH P. MAGARITY, SR.

119 Manor Drive

Lansdale, PA 19446

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSEPH P. MAGARITY, SR.

    119 Manor Drive

    Lansdale, PA 19446

**Counsel for debtor(s), by electronic notice only.**
    DAVID M. KLAUDER
    BIELLI & KLAUDER
    1204 N. KING STREET
    WILMINGTON, DE 19801-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                          /s/ William C. Miller

Date: 1/26/2017

                          _____
                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee