LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> Joseph P. Magarity, Sr. <br> Debtor(s) | Chapter 13 Proceeding <br><br> 16-16673 AMC |

### STIPULATION BY AND BETWEEN JOSEPH P. MAGARITY, SR. AND CITIZENS BANK, N.A.

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy on behalf of mortgagee, Citizens Bank, N.A. ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor pursuant to a Note and Mortgage on Debtor's real estate known as at 119 Manor Drive, Lansdale, PA 19446 ("the property").

2. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, Citizens Bank, N.A., agree to the following:

    (a) At the time the Motion for Relief from Stay was filed the following taxes were due on the property:

    2016 County Taxes in the amount of $1,796.90, and

1

    2016 School Taxes in the amount of $8,570.14.

(b) Within thirty (30) days of the Court's approval of this Stipulation Debtor(s) shall amend his Plan to add the 2016 property taxes to the amount(s) to be paid through the Plan.

(c) Debtor(s) shall pay all real estate taxes on the property as they become due.

(d) During the pendency of this bankruptcy Debtor(s) shall provide Movant with proof that the yearly taxes on the property have been paid. This requirement shall begin with the 2017 tax year.

(e) The Debtor(s) shall comply with all conditions in accordance with this Stipulation. If such conditions are not timely met, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and relist a hearing on the Motion for Relief from Stay.

(f) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(g) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____        Date: __1/26/17__
David M. Klauder, Esquire
Attorney for Debtor, Joseph P. Magarity, Sr.

_____        Date: _1/27/2017_
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A.

_____        Date: _1-27-17_
William C. Miller, Esquire
Trustee  JACK MILLER

On this ___ day of _____, 2017, approved by the Court.

_____
United States Bankruptcy Judge
Ashely M. Chan

cc:   Mary F. Kennedy, Esquire
      1310 Industrial Blvd.
      1st Floor, Suite 101
      Southampton, PA 18966

      David M. Klauder, Esquire
      Bielli & Klauder, LLC
      1204 N. King Street
      Wilmington, DE 19801

      William C. Miller, Esquire
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107

3