```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 16-16673-amc
Joseph P. Magarity, Sr.                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1         Date Rcvd: Jan 30, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db             +Joseph P. Magarity, Sr.,    119 Manor Drive,    Lansdale, PA 19446-1675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              CORY P. STEPHENSON    on behalf of Debtor Joseph P. Magarity, Sr. cstephenson@bk-legal.com
              DAVID M. KLAUDER    on behalf of Debtor Joseph P. Magarity, Sr. dklauder@bk-legal.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9

LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 Proceeding |
| Joseph P. Magarity, Sr. | |
| Debtor(s) | 16-16673 AMC |

**STIPULATION BY AND BETWEEN JOSEPH P. MAGARITY, SR. AND CITIZENS BANK, N.A.**

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy on behalf of mortgagee, Citizens Bank, N.A. ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor pursuant to a Note and Mortgage on Debtor's real estate known as at 119 Manor Drive, Lansdale, PA 19446 ("the property").

2. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, Citizens Bank, N.A., agree to the following:

    (a) At the time the Motion for Relief from Stay was filed the following taxes were due on the property:

    2016 County Taxes in the amount of $1,796.90, and

1

2016 School Taxes in the amount of $8,570.14.

(b) Within thirty (30) days of the Court's approval of this Stipulation Debtor(s) shall amend his Plan to add the 2016 property taxes to the amount(s) to be paid through the Plan.

(c) Debtor(s) shall pay all real estate taxes on the property as they become due.

(d) During the pendency of this bankruptcy Debtor(s) shall provide Movant with proof that the yearly taxes on the property have been paid. This requirement shall begin with the 2017 tax year.

(e) The Debtor(s) shall comply with all conditions in accordance with this Stipulation. If such conditions are not timely met, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and relist a hearing on the Motion for Relief from Stay.

(f) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(g) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____     Date: _____1/26/17_____
David M. Klauder, Esquire
Attorney for Debtor, Joseph P. Magarity, Sr.

_____     Date: _1/27/2017_
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A.

_____     Date: _1-27-17_
William C. Miller, Esquire
Trustee  JACK MILLER

On this 30th day of January, 2017, approved by the Court.

_____
United States Bankruptcy Judge
Ashely M. Chan

cc:   Mary F. Kennedy, Esquire
      1310 Industrial Blvd.
      1st Floor, Suite 101
      Southampton, PA 18966

      David M. Klauder, Esquire
      Bielli & Klauder, LLC
      1204 N. King Street
      Wilmington, DE 19801

      William C. Miller, Esquire
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107

3