# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 16-16673-AMC

JOSEPH P. MAGARITY, SR.

119 Manor Drive

Lansdale, PA 19446

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOSEPH P. MAGARITY, SR.

    119 Manor Drive

    Lansdale, PA 19446

**Counsel for debtor(s), by electronic notice only.**
    DAVID M. KLAUDER
    BIELLI & KLAUDER
    1204 N. KING STREET
    WILMINGTON, DE 19801-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                    /s/ William C. Miller

Date: 6/27/2017

                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee