**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 16-16673-AMC

JOSEPH P. MAGARITY, SR.

119 Manor Drive

Lansdale, PA 19446

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOSEPH P. MAGARITY, SR.

    119 Manor Drive

    Lansdale, PA 19446

Counsel for debtor(s), by electronic notice only.

    DAVID M. KLAUDER
    BIELLI & KLAUDER
    1204 N. KING STREET
    WILMINGTON, DE 19801-

                                        /S/ William C. Miller

Date: 9/13/2017                                       _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee