**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Joseph P. Magarity, Sr.,<br><br>                Debtor. | Chapter 13<br><br>Case No. 16-16673 (AMC) |

**PRAECIPE TO WITHDRAW**
**(RE: D.I. 75)**

TO THE CLERK:

Please withdraw the *Debtor's Response to the Chapter 13 Standing Trustee's Motion for Dismissal* (D.I. 75), which was filed in the above-captioned action on October 30, 2017.

                                                        **BIELLI & KLAUDER, LLC**

Date: November 13, 2017                  */s/ Cory P. Stephenson*
                                                            David M. Klauder, Esquire
                                                            Cory P. Stephenson, Esquire
                                                            1500 Walnut Street, Suite 900
                                                            Philadelphia, PA 19102
                                                            Telephone: (215) 642-8271
                                                           Facsimile: (215) 754-4177
                                                           dklauder@bk-legal.com
                                                           cstephenson@bk-legal.com

                                                           *Counsel for the Debtor*