United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16673-amc
Joseph P. Magarity, Sr.                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Nov 14, 2017
                              Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db          +Joseph P. Magarity, Sr.,    119 Manor Drive,    Lansdale, PA 19446-1675
cr          +Commonwealth of PA, Dept of Revenue,    c/o Christopher R. Momjian,
              21 S. 12th Street, 3rd Floor,    Office of Attorney General,    Philadelphia, PA 19107-3604
13798926    +American Express,    PO Box 981535,    El Paso, TX 79998-1535
13808088     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
13798927    +Citizens Bank,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
13803700    +Citizens Bank, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
13798928    +Home Depot,    Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
13798929     Internal Revenue Service,    Special Procedures Branch,    Attn: Bankruptcy Section,    PO Box 774,
              Springfield, NJ 07081-0744
13831102    +KeyBank N.A. as S/B/M to First Niagara Bank, NA,    4910 Tiedeman Road,
              Brooklyn, OH 44144-2338
13798931    +Mazda Capital Services,    PO Box 78074,    Phoenix, AZ 85062-8074
13798932    +Montgomery County Tax Claim Bureau,    PO Box 190,    Norristown, PA 19404-0190
13798934    #+Portfolio Recovery Associates LLC,    c/o Beth Arnold Howell, Esquire,
              Blatt Hasenmiller Leibsker & Moore, LLC,    1835 Market Street, Suite 501,
              Philadelphia, PA 19103-2933
13798935    +Sears,    PO Box 6283,    Sioux Falls, SD 57117-6283
13879472    +US Dept of Education/MOHELA,    633 Spirit Dr,    Chesterfield MO 63005-1243
13798936    +Wells Fargo Bank,    PO Box 14517,    Des Moines, IA 50306-3517
13822739    +Wells Fargo Bank, NA,    Home Equity Group,    1 Home Campus, X2303-01A,
              Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:21     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2017 02:09:15     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 02:04:23     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13871325     E-mail/Text: bk.notifications@jpmchase.com Nov 15 2017 02:08:48     JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13798930    +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 15 2017 02:09:11     Key Bank,
              127 Public Square,    Cleveland, OH 44114-1226
13873188     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 02:15:05
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13818273     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:08:53
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
13798933    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:08:53
              Pennsylvania Department of Revenue,    Strawberry Square 7th Floor,    Harrisburg, PA 17128-0001
13797073     E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2017 02:04:42
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Nov 14, 2017
                              Form ID: pdf900          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               crmomjian@attorneygeneral.gov
              CORY P. STEPHENSON    on behalf of Debtor Joseph P. Magarity, Sr. cstephenson@bk-legal.com
              DAVID M. KLAUDER    on behalf of Debtor Joseph P. Magarity, Sr. dklauder@bk-legal.com,
               ahuber@bk-legal.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH P. MAGARITY, SR.                                    Chapter 13

                            Debtor                         Bankruptcy No. 16-16673-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __14th__ day of __November__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID M. KLAUDER
BIELLI & KLAUDER
1204 N. KING STREET
WILMINGTON, DE 19801-

Debtor:
JOSEPH P. MAGARITY, SR.

119 Manor Drive

Lansdale, PA 19446